IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| BOARD OF TRUSTEES, SHEET METAL WORKERS' NATIONAL PENSION FUND, et al. | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) 1:16-cv-1139 (LMB/JFA) ) |
| ACCRA SHEETMETAL, LLC | ) ) |
| Defendant. | ) ) |

## ORDER

On February 24, 2017, a magistrate judge issued a Proposed Findings of Fact and Recommendations ("Report"), in which he recommended that a default judgment in the total amount of $245,559.22, consisting of $125,112.03 in delinquent payments; $56,094.05 in accrued interest; $56,094.05 in liquidated damages; $50.00 in late fees; and $8,209.09 in attorney's fees and costs be recovered by plaintiffs. The Report placed the parties on notice that any objections had to be filed within fourteen (14) days of receipt of the Report and that failure to file timely objections waived appellate review of any judgment based on the Report. As of March 17, 2017, no objections have been filed.

A review of the Report, case file, and plaintiffs' Motion for Default Judgment with its attachments, accurately states the relevant facts and law. Therefore, the findings and conclusions of the Report are adopted as the Court's findings and conclusions, and on this basis plaintiffs' Motion for Default Judgment is GRANTED, and it is hereby

ORDERED that the plaintiffs' proposed Order and Judgment will be entered.

The Clerk is directed to enter judgment in the plaintiffs' favor pursuant to Fed. R. Civ. P. 55 and forward copies of this Order, along with the Order and Judgment by Default to counsel of record for plaintiffs and to defendant at the address listed in the case file.

Entered this 20th day of March, 2017.

/s/
Leonie M. Brinkema
United States District Judge

Alexandria, Virginia